IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CR-07-154-D |
| | ) |
| RUSSELL DEAN LANDERS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

By Order of April 2, 2008, the Court directed Defendants Russell Dean Landers, Clayton Heath Albers, and Barry Dean Bischof to cease *pro se* filings of frivolous documents into the record of this case. The Court expressly stated its intention to impose filing restrictions on any defendant who continued to file additional documents of like kind to the ones stricken by the April 2 Order, and the Court directed counsel to mail a copy of the Order to Defendants.

On April 17, 2008, a bogus pleading regarding Defendant Russell Landers was filed of record by a purported notary public, Ralph Daigle. Although this paper [Doc. No. 212] was not filed by Defendant Landers personally, he plainly caused it to be filed; its purpose is to place into the record a "Bonded Promissory Note" that Defendant Landers executed and asked to be presented in satisfaction of the Judgment and Commitment Order in this case. *See* Due Presentment Under Notary Seal [Doc. No. 212], at page 3. Also, on April 21, 2008, Defendant Landers filed by mail a handwritten, pleading-style document purportedly issued by him acting as a circuit judge [Doc. No. 214]. This frivolous filing clearly violates the April 2 Order. Thus, the Court finds that the filing restrictions described by the Order should be imposed on Defendant Landers.

IT IS THEREFORE ORDERED that the Clerk of Court is directed <u>not</u> to file any additional papers received from Defendant Russell Dean Landers, or any representative other than his attorney, without prior approval from the Court authorizing a *pro se* filing of a particular document. In the future, whenever Defendant Landers causes a paper to be delivered to the clerk's office, the paper shall be forwarded to the Court for *in camera* review and approval for filing in the case record.

IT IS SO ORDERED this 24th day of April, 2008.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE