Proof of Claim
Certified document
True copy

*(signature)*
3 April 2019



Chilcotin National Congress
Box 228, Alexis Creek, Chilcotin V0L 1A0
Ph: 250-394-7042

January 1, 2019

Dear Mr. Russell D. Landers:

<u>Letter of Delegation and Appointment of Honourable Chilcotin Ambassador to Scotland for the State of the Chilcotin</u>

By the power invested in me by the Creator, I Grand Chief Stanley Stump Sr. of the Chilcotin National Congress and hereditary heir of the T'silhqot'in Territory, in accordance with and under the *Constitution of the T'silhquot'in Nation* section 3(2), do hereby appoint you and delegate to you the powers, duties and immunities of Honourable Chilcotin Ambassador to Scotland, commencing immediately.

Yours Sincerely,

*(signature)*
The Honourable Grand Chief Stanley Stump Sr.